NUMBER
13-02-107-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

MARION GARCIA,                                                                Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                             On
appeal from the County Court 

                                 of Wharton County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

       Before
Chief Justice Valdez and Justices Hinojosa and Rodriguez

                                       Opinion
Per Curiam

 

Appellant, MARION GARCIA,
perfected an appeal from a judgment entered by the County Court
of Wharton County, Texas,  in cause number 46,488.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 27th day
of November, 2002.